| | |
|---|---|
| MILBERG WEISS BERSHAD<br>  HYNES & LERACH LLP<br>WILLIAM S. LERACH<br>KEITH F. PARK<br>BLAKE M. HARPER (#1377)<br>THEODORE J. PINTAR<br>STEVEN W. PEPICH<br>600 West Broadway, Suite 1800<br>San Diego, CA 92101<br>Telephone: 619/231-1058 | SCHUBERT & REED LLP<br>ROBERT C. SCHUBERT<br>JUDEN JUSTICE REED<br>Two Embarcadero Center, Suite 1050<br>San Francisco, CA 94111<br>Telephone: 415/788-4220 |
| HAGENS & BERMAN<br>STEVE W. BERMAN<br>CLYDE A. PLATT<br>JEFFREY T. SPRUNG<br>1301 Fifth Avenue, Suite 2929<br>Seattle, WA 98101<br>Telephone: 206/623-7292<br>Co-Lead Counsel for Plaintiffs | ANDERSON & KARRENBERG<br>THOMAS R. KARRENBERG (#3726)<br>SCOTT A. CALL (#0544)<br>700 Bank One Tower<br>50 West Broadway<br>Salt Lake City, UT 84101<br>Telephone: 801/534-1700<br>Liaison Counsel for Plaintiffs |

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| GERHARD W. GOHLER, IRA, et al.; On Behalf of Themselves and All Others Similarly Situated,<br><br>              Plaintiffs,<br><br>v.<br><br>ROBERT L. WOOD, et al.,<br><br>              Defendants. | [~~PROPOSED~~] ORDER SEALING SUPPLEMENTAL AGREEMENT<br><br>Civil No. 92-C-181-S |



Based upon the Joint Ex Parte Motion of Gerhard W. Gohler, IRA, John C. Sutherland, Barbara Catherwood, David W.J. Paden, Joseph M. Gaffney, Stevens D. Frink, Jeff Nouwens, and Jeffrey F. Johannes, on behalf of themselves and all other purchasers of Bonneville Pacific Corporation stock or convertible subordinated debentures during the period beginning August 15, 1986 through and including November 12, 1991 ("the Class Plaintiffs"), and defendants, Piper Jaffray Inc. formerly known as Piper, Jaffray & Hopwood, Inc. and Piper Jaffray Companies, Inc.; Kidder Peabody & Co. Incorporated; Hanifen, Imhoff Inc. (these defendants are collectively referred to as the "Settling Defendants") and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

The Supplemental Agreement, made and entered into between the Class Plaintiffs and the Settling Defendants on _February 24, 1998_, is hereby ordered sealed and the clerk of the court may allow access to or copying of the Supplemental Agreement only pursuant to court order.

DATED this _24th_ day of _February_, 1998.

BY THE COURT:

_David Sam_
David Sam
United States District Court Judge

                                                                    ksj

                        United States District Court
                                  for the
                            District of Utah
                           February 25, 1998


                    * * MAILING CERTIFICATE OF CLERK * *


Re:   2:92-cv-00181


True and correct copies of the attached were mailed by the clerk to the
following:


        Robert C. Schubert, Esq.
        SCHUBERT & REED LLP
        TWO EMBARCADERO CTR STE 1050
        SAN FRANCISCO, CA   94111

        Edward F. Haber, Esq.
        SHAPIRO GRACE & HABER
        75 STATE ST
        BOSTON, MA   02019

        Mr. David K Isom, Esq.
        DAVID K. ISOM & ASSOCIATES
        60 E SOUTH TEMPLE
        1680 EAGLE GATE TOWER
        SALT LAKE CITY, UT   84111-1006

        Mr. Scott A. Call, Esq.
        ANDERSON & KARRENBERG
        50 W BROADWAY STE 700
        SALT LAKE CITY, UT   84101

        Mr. Thomas R Karrenberg, Esq.
        ANDERSON & KARRENBERG
        50 W BROADWAY STE 700
        SALT LAKE CITY, UT   84101

        Blake M. Harper, Esq.
        MILBERG WEISS BERSHAD HYNES & LERACH
        600 W BROADWAY STE 1800
        SAN DIEGO, CA   92101

        Theodore J. Pintar, Esq.
        MILBERG WEISS BERSHAD HYNES & LERACH
        600 W BROADWAY STE 1800
        SAN DIEGO, CA   92101

        Steve W. Berman, Esq.
        HAGENS & BERMAN
        1301 FIFTH AVE STE 2929
        SEATTLE, WA   98101

Justine Fischer, Esq.
808 SW Third Ave., #400
Portland, OR  97204

Mr. Gary F. Bendinger, Esq.
GIAUQUE CROCKETT BENDINGER & PETERSON
170 S MAIN STE 400
SALT LAKE CITY, UT  84101-1664
FAX 9,5311486

Mr. Richard W. Casey, Esq.
GIAUQUE CROCKETT BENDINGER & PETERSON
170 S MAIN STE 400
SALT LAKE CITY, UT  84101-1664
FAX 9,5311486

Robert A. Peterson, Esq.
GIAUQUE CROCKETT BENDINGER & PETERSON
170 S MAIN STE 400
SALT LAKE CITY, UT  84101-1664
FAX 9,5311486

Barbara A. Mentz, Esq.
DELOITTE & TOUCHE
1633 BROADWAY
NEW YORK, NY  10019

Mary T. Huser, Esq.
MCCUTCHEN, DOYLE, BROWN & ENERSEN
Three Embarcadero Center
San Francisco, CA  94111

Mr. Alan L Sullivan, Esq.
VAN COTT BAGLEY CORNWALL & MCCARTHY
50 S MAIN STE 1600
PO BOX 45340
SALT LAKE CITY, UT  84145
FAX 9,5340058

Ms. Cynthia J. Crass, Esq.
FIRST SECURITY BANK
ROOM 300
79 S MAIN STREET
SALT LAKE CITY, UT  84111
(801)246-5360

Mr. Henry E Heath, Esq.
STRONG & HANNI
9 EXCHANGE PLACE STE 600
SALT LAKE CITY, UT  84111
FAX 9,3232090

Mr. Vernon L Hopkinson, Esq.
COHNE RAPPAPORT & SEGAL
PO BOX 11008
SALT LAKE CITY, UT  84147

Mr. Rick Cecala, Esq.
2600 N CENTRAL AVE STE 850

PHOENIX, AZ   85004

Stewart M. Hanson Jr., Esq.
DART ADAMSON & DONOVAN
310 S MAIN ST STE 1330
SALT LAKE CITY, UT   84101

Ronald L. Olson, Esq.
MUNGER, TOLLES & OLSON
355 S GRAND AVE STE 3500
LOS ANGELES, CA   90071-1560