UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GERHARD W. GOHLER, IRA, et al., On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ROBERT L. WOOD, et al.,<br><br>Defendants. | ) [~~　　　~~] ad ORDER AWARDING<br>) REPRESENTATIVE PLAINTIFFS'<br>) COUNSEL'S FEES AND EXPENSES<br>) FROM SETTLEMENT FUND<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 92-C-181-S |

547

THIS MATTER having come before the Court on April 13, 1998, on the application of counsel for the Representative Plaintiffs for an award of attorneys' fees and reimbursement of expenses incurred in the Litigation, the Court, having considered all papers filed and proceedings conducted herein, having found the Settlement of this action to be fair, reasonable and adequate and otherwise being fully informed in the premises and good cause appearing therefor, it is hereby ORDERED, ADJUDGED AND DECREED that:

1. All of the capitalized terms used herein shall have the same meaning as set forth in the Stipulation and Agreement of Partial Settlement dated as of December 31, 1997 ("Stipulation").

2. This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all members of the Class who have not timely and validly requested exclusion.

3. The Court hereby awards Representative Plaintiffs' Counsel attorneys' fees of thirty percent (30%) of the Settlement Fund and expenses in an aggregate amount of $251,993.77, together with the interest earned thereon for the same time period and at the same rate as that earned on the Settlement Fund until paid. Said fees and expenses shall be allocated by Plaintiffs' Settlement Counsel in a manner in which Plaintiffs' Settlement Counsel in good faith believe reflects the contributions of each firm to the prosecution and Settlement of the Litigation. The Court finds that the amount of fees awarded is fair and reasonable under the "percentage-of-recovery" method giving due consideration to the Johnson factors.

4. The awarded attorneys' fees and expenses and interest earned thereon, shall be paid to Plaintiffs' Settlement Counsel from the Settlement Fund no later than three business days after the date this Order is executed subject to the terms, conditions and obligations of the Stipulation which terms, conditions and obligations are incorporated herein.

IT IS SO ORDERED.

DATED: April 13, 1998

_____
THE HONORABLE DAVID SAM
UNITED STATES DISTRICT JUDGE

Submitted by:

MILBERG WEISS BERSHAD
 HYNES & LERACH LLP
WILLIAM S. LERACH
BLAKE M. HARPER (#1377)
THEODORE J. PINTAR
STEVEN W. PEPICH

_____
KEITH F. PARK

600 West Broadway, Suite 1800
San Diego, CA 92101
Telephone: 619/231-1058

SCHUBERT & REED LLP
ROBERT C. SCHUBERT
JUDEN JUSTICE REED
Two Embarcadero Center
Suite 1050
San Francisco, CA 94111
Telephone: 415/788-4220

HAGENS & BERMAN
STEVE W. BERMAN
CLYDE A. PLATT
JEFFREY T. SPRUNG
1301 Fifth Avenue
Suite 2929
Seattle, WA 98101
Telephone: 206/623-7292

Co-Lead Counsel for Plaintiffs

ANDERSON & KARRENBERG
THOMAS R. KARRENBERG (#3726)
SCOTT A. CALL (#0544)

_____
THOMAS R. KARRENBERG

700 Bank One Tower
50 West Broadway
Salt Lake City, UT 84101
Telephone: 801/534-1700

Liaison Counsel for Plaintiffs

KAPLAN, KILSHEIMER & FOX
ROBERT N. KAPLAN
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212/687-1980

SHAPIRO, GRACE & HABER
EDWARD F. HABER
75 State Street
Boston, MA 02109
Telephone: 617/439-3939

LAW OFFICES OF DAVID K.
  ISOM
DAVID K. ISOM (#4773)
Sixty East South Temple
Suite 1680, Eagle Gate Tower
Salt Lake City, UT 84111
Telephone: 801/366-6000

LAW OFFICE OF JUSTINE FISCHER
JUSTINE FISCHER
400 Director Building
808 S.W. Third Avenue
Portland, OR 97204
Telephone: 503/222-4326

Attorneys for Plaintiffs

kam

United States District Court
for the
District of Utah
April 13, 1998


* * MAILING CERTIFICATE OF CLERK * *


Re: 2:92-cv-00181


True and correct copies of the attached were mailed by the clerk to the following:


Mr. Richard D Burbidge, Esq.
BURBIDGE & MITCHELL
139 E SOUTH TEMPLE STE 2001
SALT LAKE CITY, UT 84111
FAX 9,3552341

Jeffrey N. Walker, Esq.
HOLMAN & WALKER
2277 E FORT UNION BLVD
PO BOX 71444
SALT LAKE CITY, UT 84121

Mr. Randon W Wilson, Esq.
JONES WALDO HOLBROOK & MCDONOUGH
170 S MAIN ST STE 1500
PO BOX 45444
SALT LAKE CITY, UT 84145

Judge William B. Bohling, Esq.
THIRD DISTRICT COURT
240 E 400 S
SALT LAKE CITY, UT 84111

Robert C. Schubert, Esq.
SCHUBERT & REED LLP
TWO EMBARCADERO CTR STE 1050
SAN FRANCISCO, CA 94111

Edward F. Haber, Esq.
SHAPIRO GRACE & HABER
75 STATE ST
BOSTON, MA 02019

Mr. David K Isom, Esq.
DAVID K. ISOM & ASSOCIATES
60 E SOUTH TEMPLE
1680 EAGLE GATE TOWER
SALT LAKE CITY, UT 84111-1006
FAX 9,3666010

Mr. Scott A. Call, Esq.
ANDERSON & KARRENBERG
50 W BROADWAY STE 700
SALT LAKE CITY, UT   84101

Mr. Thomas R Karrenberg, Esq.
ANDERSON & KARRENBERG
50 W BROADWAY STE 700
SALT LAKE CITY, UT   84101

Mr. Douglas J Parry, Esq.
PARRY LAWRENCE & WARD PC
60 E SOUTH TEMPLE STE 1270
SALT LAKE CITY, UT   84111
FAX 9,5213484

Blake M. Harper, Esq.
MILBERG WEISS BERSHAD HYNES & LERACH
600 W BROADWAY STE 1800
SAN DIEGO, CA   92101

Theodore J. Pintar, Esq.
MILBERG WEISS BERSHAD HYNES & LERACH
600 W BROADWAY STE 1800
SAN DIEGO, CA   92101

Steve W. Berman, Esq.
HAGENS & BERMAN
1301 FIFTH AVE STE 2929
SEATTLE, WA   98101

Justine Fischer, Esq.
808 SW Third Ave., #400
Portland, OR   97204

Michael M. Later, Esq.
PARR WADDOUPS BROWN GEE & LOVELESS
185 S STATE ST STE 1300
PO BOX 11019
SALT LAKE CITY, UT   84147

Mr. Clark Waddoups, Esq.
PARR WADDOUPS BROWN GEE & LOVELESS
185 S STATE ST STE 1300
PO BOX 11019
SALT LAKE CITY, UT   84147
FAX 9,5327750

R. Alan Wight, Esq.
MILLER, NASH, WIENER, HAGER & CARLSEN
111 SW Fifth Avenue, #3500
Portland, OR   97204-3699

Bruce A. Rubin, Esq.
MILLER, NASH, WIENER, HAGER & CARLSEN
111 SW Fifth Avenue, #3500
Portland, OR   97204-3699

Mr. Daniel L. Berman, Esq.
BERMAN GAUFIN TOMSIC & SAVAGE

50 S MAIN ST STE 1250
SALT LAKE CITY, UT  84144
FAX 9,5319926

Mr. Samuel O Gaufin, Esq.
BERMAN GAUFIN TOMSIC & SAVAGE
50 S MAIN ST STE 1250
SALT LAKE CITY, UT  84144
FAX 9,5319926

Mr. Gary F. Bendinger, Esq.
GIAUQUE CROCKETT BENDINGER & PETERSON
170 S MAIN STE 400
SALT LAKE CITY, UT  84101-1664
FAX 9,5311486

Mr. Richard W. Casey, Esq.
GIAUQUE CROCKETT BENDINGER & PETERSON
170 S MAIN STE 400
SALT LAKE CITY, UT  84101-1664
FAX 9,5311486

Robert A. Peterson, Esq.
GIAUQUE CROCKETT BENDINGER & PETERSON
170 S MAIN STE 400
SALT LAKE CITY, UT  84101-1664
FAX 9,5311486

Barbara A. Mentz, Esq.
DELOITTE & TOUCHE
1633 BROADWAY
NEW YORK, NY  10019

Mary T. Huser, Esq.
MCCUTCHEN, DOYLE, BROWN & ENERSEN
Three Embarcadero Center
San Francisco, CA  94111

Mr. Alan L Sullivan, Esq.
SNELL & WILMER LLP
111 E BROADWAY STE 900
SALT LAKE CITY, UT  84111
FAX 9,2371950

Ms. Cynthia J. Crass, Esq.
FIRST SECURITY BANK
ROOM 300
79 S MAIN STREET
SALT LAKE CITY, UT  84111
(801)246-5360

Mr. Henry E Heath, Esq.
STRONG & HANNI
9 EXCHANGE PLACE STE 600
SALT LAKE CITY, UT  84111
FAX 9,3232090

Mr. Vernon L Hopkinson, Esq.
COHNE RAPPAPORT & SEGAL
PO BOX 11008

SALT LAKE CITY, UT   84147

Mr. Rick Cecala, Esq.
2600 N CENTRAL AVE STE 850
PHOENIX, AZ   85004

Brent V. Manning, Esq.
MANNING CURTIS BRADSHAW & BEDNAR LLC
370 E S TEMPLE STE 200
SALT LAKE CITY, UT   84111
FAX 9,3645678

Mr. Glen E. Davies, Esq.
PARSONS DAVIES KINGHORN & PETERS
185 S STATE ST STE 700
SALT LAKE CITY, UT   84111

Stewart M. Hanson Jr., Esq.
DART ADAMSON & DONOVAN
310 S MAIN ST STE 1330
SALT LAKE CITY, UT   84101

Ronald L. Olson, Esq.
MUNGER, TOLLES & OLSON
355 S GRAND AVE STE 3500
LOS ANGELES, CA   90071-1560