RECEIVED
JUL 6 - 1998
OFFICE OF JUDGE
DAVID SAM

FILED
CLERK U.S. DISTRICT COURT
-7 JUL 98 PM 12:42
DISTRICT OF UTAH
BY:_____

UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GERHARD W. GOHLER, IRA, et al., On Behalf of Themselves and All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>ROBERT L. WOOD, et al.,<br><br>    Defendants. | ) [~~PROPOSED~~] *ed* ORDER SEALING<br>) SUPPLEMENTAL AGREEMENT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 92-C-181-S |

Based upon the Joint <u>Ex Parte</u> Application of Gerhard W. Gohler, IRA, John C. Sutherland, Barbara Catherwood, David W.J. Paden, Joseph M. Gaffney, Stevens D. Frink, Jeff Nouwens, and Jeffrey F. Johannes, on behalf of themselves and each of the Settlement Class Members (collectively the "Class Plaintiffs"), and defendants Mayer Brown & Platt, Robert A. Helman, and Harvey Nixon (the "Settling Defendants") and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

The Supplemental Agreement, made and entered into between the Class Plaintiffs and the Settling Defendants as of May 21, 1998, is hereby ordered sealed and the Clerk of the Court may allow access to or copying of the Supplemental Agreement only pursuant to Court order.

DATED: July 6, 1998

_____
THE HONORABLE DAVID SAM
UNITED STATES DISTRICT JUDGE

Submitted by:

MILBERG WEISS BERSHAD
  HYNES & LERACH LLP
WILLIAM S. LERACH
KEITH F. PARK
BLAKE M. HARPER (#1377)
THEODORE J. PINTAR
STEVEN W. PEPICH

_____
KEITH F. PARK

600 West Broadway, Suite 1800
San Diego, CA 92101
Telephone: 619/231-1058

- 1 -

ce

United States District Court
for the
District of Utah
July 7, 1998

* * MAILING CERTIFICATE OF CLERK * *

Re: 2:92-cv-00181

True and correct copies of the attached were mailed by the clerk to the following:

    Robert C. Schubert, Esq.
    SCHUBERT & REED LLP
    TWO EMBARCADERO CTR STE 1050
    SAN FRANCISCO, CA  94111

    Edward F. Haber, Esq.
    SHAPIRO GRACE & HABER
    75 STATE ST
    BOSTON, MA  02019

    Mr. David K Isom, Esq.
    DAVID K. ISOM & ASSOCIATES
    60 E SOUTH TEMPLE
    1680 EAGLE GATE TOWER
    SALT LAKE CITY, UT  84111-1006
    FAX 9,3666010

    Mr. Scott A. Call, Esq.
    ANDERSON & KARRENBERG
    50 W BROADWAY STE 700
    SALT LAKE CITY, UT  84101
    FAX 9,3647697

    Mr. Thomas R Karrenberg, Esq.
    ANDERSON & KARRENBERG
    50 W BROADWAY STE 700
    SALT LAKE CITY, UT  84101
    FAX 9,3647697

    Blake M. Harper, Esq.
    MILBERG WEISS BERSHAD HYNES & LERACH
    600 W BROADWAY STE 1800
    SAN DIEGO, CA  92101
    FAX 8,619,2317423

    Theodore J. Pintar, Esq.
    MILBERG WEISS BERSHAD HYNES & LERACH
    600 W BROADWAY STE 1800
    SAN DIEGO, CA  92101

Steve W. Berman, Esq.
HAGENS & BERMAN
1301 FIFTH AVE STE 2929
SEATTLE, WA  98101

Justine Fischer, Esq.
808 SW Third Ave., #400
Portland, OR  97204

Mr. Gary F. Bendinger, Esq.
GIAUQUE CROCKETT BENDINGER & PETERSON
170 S MAIN STE 400
SALT LAKE CITY, UT  84101-1664
FAX 9,5311486

Mr. Richard W. Casey, Esq.
GIAUQUE CROCKETT BENDINGER & PETERSON
170 S MAIN STE 400
SALT LAKE CITY, UT  84101-1664
FAX 9,5311486

Barbara A. Mentz, Esq.
DELOITTE & TOUCHE
1633 BROADWAY
NEW YORK, NY  10019

Mary T. Huser, Esq.
MCCUTCHEN, DOYLE, BROWN & ENERSEN
Three Embarcadero Center
San Francisco, CA  94111

Ms. Cynthia J. Crass, Esq.
FIRST SECURITY BANK
ROOM 300
79 S MAIN STREET
SALT LAKE CITY, UT  84111
(801)246-5360

Mr. Henry E Heath, Esq.
STRONG & HANNI
9 EXCHANGE PLACE STE 600
SALT LAKE CITY, UT  84111
FAX 9,3232090

Mr. Vernon L Hopkinson, Esq.
COHNE RAPPAPORT & SEGAL
PO BOX 11008
SALT LAKE CITY, UT  84147

Mr. Rick Cecala, Esq.
2600 N CENTRAL AVE STE 850
PHOENIX, AZ  85004

Mr. J. Michael Hansen, Esq.
SUITTER AXLAND
PO BOX 45101
SALT LAKE CITY, UT  84145-1480
FAX 9,5327355

Ronald L. Olson, Esq.

MUNGER, TOLLES & OLSON
355 S GRAND AVE STE 3500
LOS ANGELES, CA  90071-1560

Stewart M. Hanson Jr., Esq.
DART ADAMSON & DONOVAN
310 S MAIN ST STE 1330
SALT LAKE CITY, UT  84101