AO 450 (Rev.5/85) Judgment in a Civil Case

FILED
15 JUL 98 AM 10: 21

# United States District Court

Central Division for the District of Utah

BY: _____
DEPUTY CLERK

Gerhard W. Gohler et al

v.

Robert L. Wood et al.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:92cv181S

This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that there being no just reason for delay, that a final judgment pursuant to Rule 54(b) of the Federal Rules of Civil Procedure be entered in favor of settlement class and against the defendants Deloitte and Touche in accordance with the procedures adopted by the order of the court of July 7, 1998.

July 15, 1998
*Date*

Markus B. Zimmer
*Clerk*

_____
(By) Deputy Clerk

**Entered on docket**
7/15/98 **by:**
_____
Deputy Clerk

kam

United States District Court
for the
District of Utah
July 15, 1998


* * MAILING CERTIFICATE OF CLERK * *


Re: 2:92-cv-00181



True and correct copies of the attached were mailed by the clerk to the following:


Mr. Richard D Burbidge, Esq.
BURBIDGE & MITCHELL
139 E SOUTH TEMPLE STE 2001
SALT LAKE CITY, UT 84111
FAX 9,3552341

Jeffrey N. Walker, Esq.
HOLMAN & WALKER
7821 S 700 E STE 8
SANDY, UT 84070

Mr. Randon W Wilson, Esq.
JONES WALDO HOLBROOK & MCDONOUGH
170 S MAIN ST STE 1500
PO BOX 45444
SALT LAKE CITY, UT 84145

Judge William B. Bohling, Esq.
THIRD DISTRICT COURT
240 E 400 S
SALT LAKE CITY, UT 84111

Robert C. Schubert, Esq.
SCHUBERT & REED LLP
TWO EMBARCADERO CTR STE 1050
SAN FRANCISCO, CA 94111

Edward F. Haber, Esq.
SHAPIRO GRACE & HABER
75 STATE ST
BOSTON, MA 02019

Mr. David K Isom, Esq.
DAVID K. ISOM & ASSOCIATES
60 E SOUTH TEMPLE
1680 EAGLE GATE TOWER
SALT LAKE CITY, UT 84111-1006
FAX 9,3666010

Mr. Scott A. Call, Esq.

ANDERSON & KARRENBERG
50 W BROADWAY STE 700
SALT LAKE CITY, UT  84101
FAX 9,3647697

Mr. Thomas R Karrenberg, Esq.
ANDERSON & KARRENBERG
50 W BROADWAY STE 700
SALT LAKE CITY, UT  84101
FAX 9,3647697

Mr. Douglas J Parry, Esq.
PARRY LAWRENCE & WARD PC
60 E SOUTH TEMPLE STE 1270
SALT LAKE CITY, UT  84111
FAX 9,5213484

Blake M. Harper, Esq.
MILBERG WEISS BERSHAD HYNES & LERACH
600 W BROADWAY STE 1800
SAN DIEGO, CA  92101
FAX 8,619,2317423

Theodore J. Pintar, Esq.
MILBERG WEISS BERSHAD HYNES & LERACH
600 W BROADWAY STE 1800
SAN DIEGO, CA  92101

Steve W. Berman, Esq.
HAGENS & BERMAN
1301 FIFTH AVE STE 2929
SEATTLE, WA  98101

Justine Fischer, Esq.
808 SW Third Ave., #400
Portland, OR  97204

Michael M. Later, Esq.
PARR WADDOUPS BROWN GEE & LOVELESS
185 S STATE ST STE 1300
PO BOX 11019
SALT LAKE CITY, UT  84147

Mr. Clark Waddoups, Esq.
PARR WADDOUPS BROWN GEE & LOVELESS
185 S STATE ST STE 1300
PO BOX 11019
SALT LAKE CITY, UT  84147
FAX 9,5327750

R. Alan Wight, Esq.
MILLER, NASH, WIENER, HAGER & CARLSEN
111 SW Fifth Avenue, #3500
Portland, OR  97204-3699

Bruce A. Rubin, Esq.
MILLER, NASH, WIENER, HAGER & CARLSEN
111 SW Fifth Avenue, #3500
Portland, OR  97204-3699

Mr. Daniel L. Berman, Esq.
BERMAN GAUFIN TOMSIC & SAVAGE
50 S MAIN ST STE 1250
SALT LAKE CITY, UT  84144
FAX 9,5319926

Mr. Samuel O Gaufin, Esq.
BERMAN GAUFIN TOMSIC & SAVAGE
50 S MAIN ST STE 1250
SALT LAKE CITY, UT  84144
FAX 9,5319926

Mr. Gary F. Bendinger, Esq.
GIAUQUE CROCKETT BENDINGER & PETERSON
170 S MAIN STE 400
SALT LAKE CITY, UT  84101-1664
FAX 9,5311486

Mr. Richard W. Casey, Esq.
GIAUQUE CROCKETT BENDINGER & PETERSON
170 S MAIN STE 400
SALT LAKE CITY, UT  84101-1664
FAX 9,5311486

Robert A. Peterson, Esq.
GIAUQUE CROCKETT BENDINGER & PETERSON
170 S MAIN STE 400
SALT LAKE CITY, UT  84101-1664
FAX 9,5311486

Barbara A. Mentz, Esq.
DELOITTE & TOUCHE
1633 BROADWAY
NEW YORK, NY  10019

Mary T. Huser, Esq.
MCCUTCHEN, DOYLE, BROWN & ENERSEN
Three Embarcadero Center
San Francisco, CA  94111

Mr. Alan L Sullivan, Esq.
SNELL & WILMER LLP
111 E BROADWAY STE 900
SALT LAKE CITY, UT  84111
FAX 9,2371950

Ms. Cynthia J. Crass, Esq.
FIRST SECURITY BANK
ROOM 300
79 S MAIN STREET
SALT LAKE CITY, UT  84111
(801)246-5360

Mr. Henry E Heath, Esq.
STRONG & HANNI
9 EXCHANGE PLACE STE 600
SALT LAKE CITY, UT  84111
FAX 9,3232090

Mr. Vernon L Hopkinson, Esq.

COHNE RAPPAPORT & SEGAL
PO BOX 11008
SALT LAKE CITY, UT  84147

Mr. Rick Cecala, Esq.
2600 N CENTRAL AVE STE 850
PHOENIX, AZ  85004

Brent V. Manning, Esq.
MANNING CURTIS BRADSHAW & BEDNAR LLC
370 E S TEMPLE STE 200
SALT LAKE CITY, UT  84111
FAX 9,3645678

Mr. Glen E. Davies, Esq.
PARSONS DAVIES KINGHORN & PETERS
185 S STATE ST STE 700
SALT LAKE CITY, UT  84111

Mr. J. Michael Hansen, Esq.
SUITTER AXLAND
PO BOX 45101
SALT LAKE CITY, UT  84145-1480
FAX 9,5327355

Ronald L. Olson, Esq.
MUNGER, TOLLES & OLSON
355 S GRAND AVE STE 3500
LOS ANGELES, CA  90071-1560

Stewart M. Hanson Jr., Esq.
DART ADAMSON & DONOVAN
310 S MAIN ST STE 1330
SALT LAKE CITY, UT  84101