UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GERHARD W. GOHLER, IRA, et al., On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ROBERT L. WOOD, et al.,<br><br>Defendants. | [~~PROPOSED~~] *w/* FINAL JUDGMENT AND ORDER OF DISMISSAL<br><br><br><br><br><br><br><br>No. 92-C-181-S |

Deputy Clerk

Scanned ✓   Faxed ___   Not Faxed ✓

This matter having come before the Court for hearing, pursuant to the Order of this Court, dated July 6, 1998, on the application of the parties for approval of the settlement set forth in the Stipulation and Agreement of Partial Settlement, dated as of May 21, 1998 (the "Settlement Agreement"), and due and adequate notice having been given to the Settlement Class as required in said Order, and the Court having considered all papers filed and proceedings had herein and otherwise being fully informed in the premises and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. This Judgment incorporates by reference the definitions in the Settlement Agreement, and all terms used herein shall have the same meanings as set forth in the Settlement Agreement.

2. This Court has jurisdiction over the subject matter of this Litigation and over all parties to this Litigation, including all Members of the Settlement Class.

3. Pursuant to Rule 23 of the Federal Rules of Civil Procedure, this Court hereby approves the settlement set forth in the Settlement Agreement without change or modification.

4. For purposes of the Settlement Agreement and this Judgment, a Settlement Class (the "Settlement Class" or "Class") is hereby certified as follows

> all persons, including the Representative Plaintiffs, who purchased or otherwise acquired Bonneville stock or convertible subordinated debentures during the period beginning August 15, 1986 through and including November 12, 1991, and who suffered any loss, damage or injury with regard to such purchase or other acquisition. Excluded from the Settlement Class are: Defendants, Former Defendants and Bonneville; members of the immediate family of any Individual Defendant or Former Defendant; any entity in which any of the Defendants, Former Defendants or Bonneville has or had a controlling

- 1 -

interest; directors and officers of Bonneville and the legal representatives, heirs, successors, or assigns of any such excluded person or entity. Also excluded from the Settlement Class are those persons who timely and validly request exclusion from the Settlement Class.

5. The Persons identified on Exhibit 1 hereto have validly and timely requested exclusion from the Settlement Class.

6. This Court hereby dismisses on the merits and with prejudice and without costs the Litigation against Settling Defendants Mayer Brown & Platt, Robert A. Helman and Harvey Nixon.

7. The Court finds that the Settlement Agreement and the settlement set forth in the Settlement Agreement are the product of substantial, good faith, arm's length negotiations of the Settling Parties and are in all respects fair, just, reasonable and adequate to the Settlement Class and the Settling Defendants.

8. Upon the Effective Date hereof each and every Released Claim of each and every Settlement Class Member, whether or not such Settlement Class Member has filed a Proof of Claim and Release, are by operation of this Judgment and shall be deemed to be conclusively fully, finally, and forever released, relinquished and discharged as against the Released Persons, excepting and reserving to the Settlement Class any and all claims and causes of action against the Non-Settling Defendants and any Person other than the Released Persons.

9. The Representative Plaintiffs and all Settlement Class Members are hereby forever restrained, barred, and permanently enjoined from prosecuting, pursuing, or litigating any of the Released Claims against any of the Released Persons in this or any other forum.

10. Upon the Effective Date hereto, each of the Released Persons shall be deemed to have, and by operation of this Judgment shall have, fully, finally, and forever released, relinquished and discharged each and all of the Settlement Class Members and counsel to the Representative Plaintiffs from all claims arising out of, relating to, or in connection with the institution, prosecution, assertion or resolution of the Litigation or the Released Claims, excepting and reserving to the Settling Defendants any and all claims and causes of action against the Non-Settling Defendants or other Persons.

11. The Notice given to the Settlement Class of the settlement set forth in the Settlement Agreement and the other matters set forth therein was the best notice practicable under the circumstances, including the individual notice to all members of the Settlement Class who could be identified through reasonable effort. Said Notice provided due and adequate notice of those proceedings and of the matters set forth therein, including the proposed settlement set forth in the Settlement Agreement, to all persons entitled to such notice, and said Notice fully satisfied the requirements of Rule 23 of the Federal Rules of Civil Procedure and the requirements of due process.

12. Without affecting the finality of this Judgment in any way, this Court hereby retains continuing jurisdiction over (a) implementation of the Settlement, the Plan of Allocation and any payment or distribution of the Settlement Fund, including interest earned thereon; (b) disposition of the Settlement Fund; (c) hearing and determining applications for attorneys' fees, costs, expenses and interest (including fees and costs of experts and/or

consultants) in the Litigation; and (d) all parties for the purpose of enforcing and administering the Settlement Agreement and this Judgment.

13. In the event that the Effective Date does not occur, then this Judgment shall be rendered null and void and shall be vacated and, in such event, subject to ¶12.4 of the Settlement Agreement, all orders entered and releases delivered in connection herewith shall be null and void and the parties shall be restored to the status quo with regard to the Litigation as of May 21, 1998, without prejudice to any claims, defenses, or liabilities, including recovery by Mayer Brown & Platt of the Settlement Fund, together with interest thereon pursuant to ¶8.4 of the Settlement Agreement.

14. The Court expressly finds that there is no just reason for delay and the Clerk of the Court is hereby ordered to enter this Final Judgment and Order of Dismissal as a final judgment and order pursuant to Fed. R. Civ. P. 54(b).

DATED: August 28, 1998

THE HONORABLE DAVID SAM
UNITED STATES DISTRICT JUDGE

Submitted by:

MILBERG WEISS BERSHAD
  HYNES & LERACH LLP
WILLIAM S. LERACH
KEITH F. PARK
BLAKE M. HARPER (#1377)
THEODORE J. PINTAR
STEVEN W. PEPICH

KEITH F. PARK

600 West Broadway, Suite 1800
San Diego, CA 92101
Telephone: 619/231-1058

SCHUBERT & REED LLP
ROBERT C. SCHUBERT
JUDEN JUSTICE REED
Two Embarcadero Center
Suite 1050
San Francisco, CA 94111
Telephone: 415/788-4220

HAGENS & BERMAN
STEVE W. BERMAN
CLYDE A. PLATT
JEFFREY T. SPRUNG
1301 Fifth Avenue
Suite 2929
Seattle, WA 98101
Telephone: 206/623-7292

Co-Lead Counsel for Plaintiffs

ANDERSON & KARRENBERG
THOMAS R. KARRENBERG (#3726)
SCOTT A. CALL (#0544)

*[signature]*
THOMAS R. KARRENBERG

700 Bank One Tower
50 West Broadway
Salt Lake City, UT 84101
Telephone: 801/534-1700

Liaison Counsel for Plaintiffs

KAPLAN, KILSHEIMER & FOX
ROBERT N. KAPLAN
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212/687-1980

SHAPIRO, GRACE & HABER
EDWARD F. HABER
75 State Street
Boston, MA 02109
Telephone: 617/439-3939

LAW OFFICES OF DAVID K.
  ISOM
DAVID K. ISOM (#4773)
Sixty East South Temple
Suite 1680, Eagle Gate Tower
Salt Lake City, UT 84111
Telephone: 801/366-6000

- 5 -

LAW OFFICE OF JUSTINE FISCHER
JUSTINE FISCHER
400 Director Building
808 S.W. Third Avenue
Portland, OR  97204
Telephone:  503/222-4326

Attorneys for Plaintiffs

July 16, 1998

**RECEIVED D.M.A.**

**JUL 2 0 1998**

**CLAIM CENTER**

Bonneville Securities Litigation
c/o Gilardi & Co. LLC
P.O. Box 5100
Larkspur, California 94977-5100

I request exclusion from the Settlement Class in the above noted Litigation.

Bonneville Common Stock :
    Purchased 100 Shares on 10/29/86 @ $9 3/8    $937.50

    Sold 100 Shares on 07/10/87 @ $12 3/8    $1,237.50

*[signature: Richard L. Stevens]*

Richard L. Stevens
1532 S. Swallow St.
Santa Maria, CA 93454-7258
(805) 925-0874

RECEIVED D.M.A.
JUL 27 1998
CLAIM CENTER

July 23 98

Dear Sirs:

In the case of the litigation of Dokler, et. al. v. Wood, et al., No. 92-C-181-S I wish to be excluded in the settlement class.

I do not own nor have I ever purchased Bonneville Securities to the best of my knowledge.

Sincerely
Gerald L. Thompson
12230 N.E. 137 Pl.
Kirkland, Wa. 98034
1-425-821-5789

2

August 1, 1998
Erie, Pennsylvania

RECEIVED D.M.A.
AUG 0 6 1998
CLAIM CENTER

Re: Gohler, et al. v. Wood, et al # 92-C-181-S
Bonneville Securities Litigation
Claims administrator
C/o Gilardi & Co., LLC
P.O. Box 5100
Larkspur, California 94977-5100

**3A**

Please be advised that I wish to be excluded from the Settlement Class as above, because I have no record of the dates when I purchased 500 shares of Bonneville Pacific Corp. stock nor how much I paid for it. Neither do I have any record of when I sold the stock nor the amount I received for it. It was all handled by my broker, Mr. Kenneth Hansen through Piper Jaffrey, in Salt Lake City, Utah. Since the record is so scanty, I feel that it would be best that I be excluded from the Settlement Class as above. Please handle this in whatever way is most expedient. Thank you.

Page 2

Since the record is so scanty, I feel that it would be best that I be excluded from the Settlement Class referred to on page 1.

Please handle this in whatever way is most expedient. Your help is greatly appreciated.

Sincerely,
Earl A. Nelson
743 East 33 Street
Erie, Pennsylvania
16504

3B

RECEIVED D.M.A.

AUG 2 0 1998

CLAIM CENTER

August 17, 1998

**BONNEVILLE SECURITIES LITIGATION**
c/o GILARDI AND COMPANY LLC
Post Office Box 5100
Larkspur, California 94977-5100

Dear Sir:

Please be advised that I am in receipt of your notice applicable to the class action suit between Gerhard W. Gohler, Plaintiff and Robert L. Wood, Defendant. This letter will serve as your notification that I do not wish to be included in this claim or the settlement. If there are any questions please let me know.

Yours very truly,

David E. Harrison
680 River Knoll Drive
Marietta, GA 30067
770-953-3481

Attachment

4

```
                                                              klh
                    United States District Court
                              for the
                         District of Utah
                        August 31, 1998


              * * MAILING CERTIFICATE OF CLERK * *


Re:   2:92-cv-00181



True and correct copies of the attached were mailed by the clerk to the
following:


      Mr. Richard D Burbidge, Esq.
      BURBIDGE & MITCHELL
      139 E SOUTH TEMPLE STE 2001
      SALT LAKE CITY, UT   84111
      FAX 9,3552341

      Jeffrey N. Walker, Esq.
      HOLMAN & WALKER
      7821 S 700 E STE 8
      SANDY, UT   84070

      Mr. Randon W Wilson, Esq.
      JONES WALDO HOLBROOK & MCDONOUGH
      170 S MAIN ST STE 1500
      PO BOX 45444
      SALT LAKE CITY, UT   84145-0444

      Judge William B. Bohling, Esq.
      THIRD DISTRICT COURT
      240 E 400 S
      SALT LAKE CITY, UT   84111

      Robert C. Schubert, Esq.
      SCHUBERT & REED LLP
      TWO EMBARCADERO CTR STE 1050
      SAN FRANCISCO, CA   94111

      Edward F. Haber, Esq.
      SHAPIRO GRACE & HABER
      75 STATE ST
      BOSTON, MA   02019

      Mr. David K Isom, Esq.
      DAVID K ISOM LAW OFFICES
      60 E SOUTH TEMPLE
      1680 EAGLE GATE TOWER
      SALT LAKE CITY, UT   84111-1006
      FAX 9,3666010

      Mr. Scott A. Call, Esq.
```

ANDERSON & KARRENBERG
50 W BROADWAY STE 700
SALT LAKE CITY, UT   84101
FAX 9,3647697

Mr. Thomas R Karrenberg, Esq.
ANDERSON & KARRENBERG
50 W BROADWAY STE 700
SALT LAKE CITY, UT   84101
FAX 9,3647697

Mr. Douglas J Parry, Esq.
PARRY LAWRENCE & WARD PC
60 E SOUTH TEMPLE STE 1270
SALT LAKE CITY, UT   84111
FAX 9,5213484

Blake M. Harper, Esq.
MILBERG WEISS BERSHAD HYNES & LERACH
600 W BROADWAY STE 1800
SAN DIEGO, CA   92101
FAX 8,619,2317423

Theodore J. Pintar, Esq.
MILBERG WEISS BERSHAD HYNES & LERACH
600 W BROADWAY STE 1800
SAN DIEGO, CA   92101

Steve W. Berman, Esq.
HAGENS & BERMAN
1301 FIFTH AVE STE 2929
SEATTLE, WA   98101

Justine Fischer, Esq.
808 SW Third Ave., #400
Portland, OR   97204

Michael M. Later, Esq.
PARR WADDOUPS BROWN GEE & LOVELESS
185 S ST ST STE 1300
SALT LAKE CITY, UT   84147

Mr. Clark Waddoups, Esq.
PARR WADDOUPS BROWN GEE & LOVELESS
185 S STATE ST STE 1300
PO BOX 11019
SALT LAKE CITY, UT   84147
FAX 9,5327750

R. Alan Wight, Esq.
MILLER, NASH, WIENER, HAGER & CARLSEN
111 SW Fifth Avenue, #3500
Portland, OR   97204-3699

Bruce A. Rubin, Esq.
MILLER, NASH, WIENER, HAGER & CARLSEN
111 SW Fifth Avenue, #3500
Portland, OR   97204-3699

Mr. Daniel L. Berman, Esq.

```
BERMAN GAUFIN TOMSIC & SAVAGE
50 S MAIN ST STE 1250
SALT LAKE CITY, UT   84144
FAX 9,5319926

Mr. Samuel O Gaufin, Esq.
BERMAN GAUFIN TOMSIC & SAVAGE
50 S MAIN ST STE 1250
SALT LAKE CITY, UT   84144
FAX 9,5319926

Mr. Gary F. Bendinger, Esq.
GIAUQUE CROCKETT BENDINGER & PETERSON
170 S MAIN STE 400
SALT LAKE CITY, UT   84101-1664
FAX 9,5311486

Mr. Richard W. Casey, Esq.
GIAUQUE CROCKETT BENDINGER & PETERSON
170 S MAIN STE 400
SALT LAKE CITY, UT   84101-1664
FAX 9,5311486

Robert A. Peterson, Esq.
GIAUQUE CROCKETT BENDINGER & PETERSON
170 S MAIN STE 400
SALT LAKE CITY, UT   84101-1664
FAX 9,5311486

Barbara A. Mentz, Esq.
DELOITTE & TOUCHE
1633 BROADWAY
NEW YORK, NY   10019

Mary T. Huser, Esq.
MCCUTCHEN, DOYLE, BROWN & ENERSEN
Three Embarcadero Center
San Francisco, CA   94111

Mr. Alan L Sullivan, Esq.
SNELL & WILMER LLP
111 E BROADWAY STE 900
SALT LAKE CITY, UT   84111
FAX 9,2371950

Ms. Cynthia J. Crass, Esq.
FIRST SECURITY BANK
ROOM 300
79 S MAIN STREET
SALT LAKE CITY, UT   84111
(801)246-5360

Mr. Henry E Heath, Esq.
STRONG & HANNI
9 EXCHANGE PLACE STE 600
SALT LAKE CITY, UT   84111
FAX 9,3232090

Mr. Vernon L Hopkinson, Esq.
COHNE RAPPAPORT & SEGAL
```

PO BOX 11008
SALT LAKE CITY, UT   84147

Mr. Rick Cecala, Esq.
2600 N CENTRAL AVE STE 850
PHOENIX, AZ   85004

Brent V. Manning, Esq.
MANNING CURTIS BRADSHAW & BEDNAR LLC
370 E S TEMPLE STE 200
SALT LAKE CITY, UT   84111
FAX 9,3645678

Mr. Glen E. Davies, Esq.
PARSONS DAVIES KINGHORN & PETERS
185 S STATE ST STE 700
SALT LAKE CITY, UT   84111

Mr. J. Michael Hansen, Esq.
HANSON NELSON CHIPMAN & QUIGLEY
215 S STATE ST STE 800
SALT LAKE CITY, UT   84111

Ronald L. Olson, Esq.
MUNGER, TOLLES & OLSON
355 S GRAND AVE STE 3500
LOS ANGELES, CA   90071-1560

Stewart M. Hanson Jr., Esq.
DART ADAMSON DONOVAN & HANSON
310 S MAIN ST STE 1330
SALT LAKE CITY, UT   84101