FILED
31 AUG 98 AM 9:54
DISTRICT OF UTAH
BY:

RECEIVED DISTRICT COURT
AUG 12 1998   AUG 12 1998
RECEIVED CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GERHARD W. GOHLER, IRA, et al., On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ROBERT L. WOOD, et al.,<br><br>Defendants. | ) [PROPOSED] ORDER AWARDING<br>) REPRESENTATIVE PLAINTIFFS'<br>) COUNSEL'S FEES AND EXPENSES<br>) FROM SETTLEMENT FUND<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 92-C-181-S |

Entered on _____
_____ by:
_____
Deputy Clerk

Scanned ✓  Faxed ___  Not Faxed ___

THIS MATTER having come before the Court on August 28, 1998, on the application of counsel for the Representative Plaintiffs for an award of attorneys' fees and reimbursement of expenses incurred in the Litigation, the Court, having considered all papers filed and proceedings conducted herein, having found the Settlement of this action to be fair, reasonable and adequate and otherwise being fully informed in the premises and good cause appearing therefor, it is hereby ORDERED, ADJUDGED AND DECREED that:

1. All of the capitalized terms used herein shall have the same meaning as set forth in the Stipulation and Agreement of Partial Settlement dated as of May 21, 1998 ("Stipulation").

2. This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all members of the class who have not timely and validly requested exclusion.

3. The Court hereby awards Representative Plaintiffs' counsel attorneys' fees of thirty percent (30%) of the Settlement Fund and expenses in an aggregate amount of $5,515.42, together with the interest earned thereon for the same time period and at the same rate as that earned on the Settlement Fund until paid. Said fees and expenses shall be allocated by Plaintiffs' Settlement Counsel in a manner in which Plaintiffs' Settlement Counsel in good faith believe reflects the contributions of each firm to the prosecution and Settlement of the Litigation. The Court finds that the amount of fees awarded is fair and reasonable under the "percentage-of-recovery" method giving due consideration to the Johnson factors.

4. The awarded attorneys' fees and expenses and interest earned thereon, shall be paid to Plaintiffs' Settlement Counsel from the Settlement Fund no later than three business days after the date this Order is executed subject to the terms, conditions and obligations of the Stipulation which terms, conditions and obligations are incorporated herein.

IT IS SO ORDERED.

DATED: August 28, 1998

THE HONORABLE DAVID SAM
UNITED STATES DISTRICT JUDGE

Submitted by:

MILBERG WEISS BERSHAD
 HYNES & LERACH LLP
WILLIAM S. LERACH
KEITH F. PARK
BLAKE M. HARPER (#1377)
THEODORE J. PINTAR
STEVEN W. PEPICH

KEITH F. PARK

600 West Broadway, Suite 1800
San Diego, CA 92101
Telephone: 619/231-1058

SCHUBERT & REED LLP
ROBERT C. SCHUBERT
JUDEN JUSTICE REED
Two Embarcadero Center
Suite 1050
San Francisco, CA 94111
Telephone: 415/788-4220

HAGENS & BERMAN
STEVE W. BERMAN
CLYDE A. PLATT
JEFFREY T. SPRUNG
1301 Fifth Avenue
Suite 2929
Seattle, WA 98101
Telephone: 206/623-7292

Co-Lead Counsel for Plaintiffs

ANDERSON & KARRENBERG
THOMAS R. KARRENBERG (#3726)
SCOTT A. CALL (#0544)

_____
SCOTT A CALL

700 Bank One Tower
50 West Broadway
Salt Lake City, UT 84101
Telephone: 801/534-1700

Liaison Counsel for Plaintiffs

KAPLAN, KILSHEIMER & FOX
ROBERT N. KAPLAN
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212/687-1980

SHAPIRO, GRACE & HABER
EDWARD F. HABER
75 State Street
Boston, MA 02109
Telephone: 617/439-3939

LAW OFFICES OF DAVID K.
   ISOM
DAVID K. ISOM (#4773)
Sixty East South Temple
Suite 1680, Eagle Gate Tower
Salt Lake City, UT 84111
Telephone: 801/366-6000

LAW OFFICE OF JUSTINE FISCHER
JUSTINE FISCHER
400 Director Building
808 S.W. Third Avenue
Portland, OR 97204
Telephone: 503/222-4326

Attorneys for Plaintiffs

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 600 West Broadway, Suite 1800, San Diego, California 92101.

2. That on August 11, 1998, declarant served the [PROPOSED] ORDER AWARDING REPRESENTATIVE PLAINTIFFS' COUNSEL'S FEES AND EXPENSES FROM SETTLEMENT FUND by depositing a true copy thereof in a United States mailbox at San Diego, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of August, 1998, at San Diego, California.

DANELLE L. MCNERTNEY

BONNEVILLE
Service List - 05/07/98
Page   1


COUNSEL FOR PLAINTIFF(S)

Thomas R. Karrenberg
ANDERSON & KARRENBERG
700 Bank One Tower
50 West Broadway
Salt Lake City, UT  84101
  801/534-1700
  801/364-7697 (fax)

Steve W. Berman
Clyde A. Platt
Jeffrey T. Sprung
HAGENS & BERMAN, P.S.
1301 Fifth Avenue, Suite 2929
Seattle, WA  98101
  206/623-7292
  206/623-0594 (fax)

Edward F. Haber
SHAPIRO HABER & URMY, LLP
75 State Street
Boston, MA  02109
  617/439-3939
  617/439-0134 (fax)

Robert C. Schubert
Juden Justice Reed
SCHUBERT & REED LLP
Two Embarcadero Center
Suite 1050
San Francisco, CA  94111
  415/788-4220
  415/788-0161 (fax)


COUNSEL FOR DEFENDANTS

J. Michael Hansen
SUITTER AXLAND
175 South West Temple
Seventh Floor
Salt Lake City, UT  84101-1480
  801/532-7300
  801/532-7355 (fax)

Gary F. Bendinger
GIAUQUE, CROCKETT, BENDINGER &
  PETERSON
170 South Main, Suite 400
Salt Lake City, UT  84101-1664
  801/533-8383
  801/531-1486 (fax)

Dale Barnes
MCCUTCHEN, DOYLE, BROWN &
  ENERSEN LLP
Three Embarcadero Center
San Francisco, CA  94111-4066
  415/393-2000
  415/393-2286 (fax)

Allan Sullivan
VAN COTT BAGLEY CORNWALL &
  MCCARTHY
50 S. Main #1600
Salt Lake, UT  84144
  801/532-3333
  801/534-0058 (fax)

Steve Perry
MUNGER, TOLLES & OLSON
355 South Grand Avenue
35th Floor
Los Angeles, CA  90071-1560
  213/683-9100
  213/687-3702 (fax)

*

```
                                                                klh
                      United States District Court
                               for the
                         District of Utah
                         August 31, 1998


               * * MAILING CERTIFICATE OF CLERK * *


Re:   2:92-cv-00181



True and correct copies of the attached were mailed by the clerk to the
following:


      Mr. Richard D Burbidge, Esq.
      BURBIDGE & MITCHELL
      139 E SOUTH TEMPLE STE 2001
      SALT LAKE CITY, UT   84111
      FAX 9,3552341

      Jeffrey N. Walker, Esq.
      HOLMAN & WALKER
      7821 S 700 E STE 8
      SANDY, UT   84070

      Mr. Randon W Wilson, Esq.
      JONES WALDO HOLBROOK & MCDONOUGH
      170 S MAIN ST STE 1500
      PO BOX 45444
      SALT LAKE CITY, UT   84145-0444

      Judge William B. Bohling, Esq.
      THIRD DISTRICT COURT
      240 E 400 S
      SALT LAKE CITY, UT   84111

      Robert C. Schubert, Esq.
      SCHUBERT & REED LLP
      TWO EMBARCADERO CTR STE 1050
      SAN FRANCISCO, CA   94111

      Edward F. Haber, Esq.
      SHAPIRO GRACE & HABER
      75 STATE ST
      BOSTON, MA   02019

      Mr. David K Isom, Esq.
      DAVID K ISOM LAW OFFICES
      60 E SOUTH TEMPLE
      1680 EAGLE GATE TOWER
      SALT LAKE CITY, UT   84111-1006
      FAX 9,3666010

      Mr. Scott A. Call, Esq.
```

ANDERSON & KARRENBERG
50 W BROADWAY STE 700
SALT LAKE CITY, UT  84101
FAX 9,3647697

Mr. Thomas R Karrenberg, Esq.
ANDERSON & KARRENBERG
50 W BROADWAY STE 700
SALT LAKE CITY, UT  84101
FAX 9,3647697

Mr. Douglas J Parry, Esq.
PARRY LAWRENCE & WARD PC
60 E SOUTH TEMPLE STE 1270
SALT LAKE CITY, UT  84111
FAX 9,5213484

Blake M. Harper, Esq.
MILBERG WEISS BERSHAD HYNES & LERACH
600 W BROADWAY STE 1800
SAN DIEGO, CA  92101
FAX 8,619,2317423

Theodore J. Pintar, Esq.
MILBERG WEISS BERSHAD HYNES & LERACH
600 W BROADWAY STE 1800
SAN DIEGO, CA  92101

Steve W. Berman, Esq.
HAGENS & BERMAN
1301 FIFTH AVE STE 2929
SEATTLE, WA  98101

Justine Fischer, Esq.
808 SW Third Ave., #400
Portland, OR  97204

Michael M. Later, Esq.
PARR WADDOUPS BROWN GEE & LOVELESS
185 S ST ST STE 1300
SALT LAKE CITY, UT  84147

Mr. Clark Waddoups, Esq.
PARR WADDOUPS BROWN GEE & LOVELESS
185 S STATE ST STE 1300
PO BOX 11019
SALT LAKE CITY, UT  84147
FAX 9,5327750

R. Alan Wight, Esq.
MILLER, NASH, WIENER, HAGER & CARLSEN
111 SW Fifth Avenue, #3500
Portland, OR  97204-3699

Bruce A. Rubin, Esq.
MILLER, NASH, WIENER, HAGER & CARLSEN
111 SW Fifth Avenue, #3500
Portland, OR  97204-3699

Mr. Daniel L. Berman, Esq.

BERMAN GAUFIN TOMSIC & SAVAGE
50 S MAIN ST STE 1250
SALT LAKE CITY, UT  84144
FAX 9,5319926

Mr. Samuel O Gaufin, Esq.
BERMAN GAUFIN TOMSIC & SAVAGE
50 S MAIN ST STE 1250
SALT LAKE CITY, UT  84144
FAX 9,5319926

Mr. Gary F. Bendinger, Esq.
GIAUQUE CROCKETT BENDINGER & PETERSON
170 S MAIN STE 400
SALT LAKE CITY, UT  84101-1664
FAX 9,5311486

Mr. Richard W. Casey, Esq.
GIAUQUE CROCKETT BENDINGER & PETERSON
170 S MAIN STE 400
SALT LAKE CITY, UT  84101-1664
FAX 9,5311486

Robert A. Peterson, Esq.
GIAUQUE CROCKETT BENDINGER & PETERSON
170 S MAIN STE 400
SALT LAKE CITY, UT  84101-1664
FAX 9,5311486

Barbara A. Mentz, Esq.
DELOITTE & TOUCHE
1633 BROADWAY
NEW YORK, NY  10019

Mary T. Huser, Esq.
MCCUTCHEN, DOYLE, BROWN & ENERSEN
Three Embarcadero Center
San Francisco, CA  94111

Mr. Alan L Sullivan, Esq.
SNELL & WILMER LLP
111 E BROADWAY STE 900
SALT LAKE CITY, UT  84111
FAX 9,2371950

Ms. Cynthia J. Crass, Esq.
FIRST SECURITY BANK
ROOM 300
79 S MAIN STREET
SALT LAKE CITY, UT  84111
(801)246-5360

Mr. Henry E Heath, Esq.
STRONG & HANNI
9 EXCHANGE PLACE STE 600
SALT LAKE CITY, UT  84111
FAX 9,3232090

Mr. Vernon L Hopkinson, Esq.
COHNE RAPPAPORT & SEGAL

PO BOX 11008
SALT LAKE CITY, UT   84147

Mr. Rick Cecala, Esq.
2600 N CENTRAL AVE STE 850
PHOENIX, AZ   85004

Brent V. Manning, Esq.
MANNING CURTIS BRADSHAW & BEDNAR LLC
370 E S TEMPLE STE 200
SALT LAKE CITY, UT   84111
FAX 9,3645678

Mr. Glen E. Davies, Esq.
PARSONS DAVIES KINGHORN & PETERS
185 S STATE ST STE 700
SALT LAKE CITY, UT   84111

Mr. J. Michael Hansen, Esq.
HANSON NELSON CHIPMAN & QUIGLEY
215 S STATE ST STE 800
SALT LAKE CITY, UT   84111

Ronald L. Olson, Esq.
MUNGER, TOLLES & OLSON
355 S GRAND AVE STE 3500
LOS ANGELES, CA   90071-1560

Stewart M. Hanson Jr., Esq.
DART ADAMSON DONOVAN & HANSON
310 S MAIN ST STE 1330
SALT LAKE CITY, UT   84101